BLEEDNER v. AREL.

1. FITZGERALD v. AREL, ANTE, PAGE 104, FOLLOWED.

*Appeal from Palo Alto Circuit Court.*

FRIDAY, MARCH 21, 1884.

*John Jenswold, Jr.*, for appellant.

*C. E. Cohoon*, for appellee.

SEEVERS, J.—The facts in this case are the same as in *Fitzgerald v. Arel, ante*, p. 104, decided at the present term. Following that case, the judgment of the circuit court must be

REVERSED.